**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL ACTION** |
| **VERSUS** | * | **NO. 23-82** |
| **DWAN RILEY** | * | **SECTION "L" (3)** |

\*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, R. Doc. 264, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this Matter. Accordingly,

**IT IS ORDERED** that Riley's claim of ineffective assistance of counsel, R. Doc. 228, be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 30th day of March, 2026.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE